ED THOMPSON v. STATE.

No. A-1262.   Opinion Filed February 3, 1912.

Appeal from Grant County Court; J. W. Bird, Judge.

Ed Thompson was convicted of violating the prohibitory law, and appeals.   Affirmed.

J. B. Drennan, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted in the county court of Grant county on a charge of unlawfully selling intoxicating liquor, and on the 22nd day of April, 1911, was adjudged by the court to pay a fine of fifty dollars and be confined in the county jail for a period of ninety days. We think the judgment of the trial court should be affirmed, and it is so ordered.